Albert Allen DIRICKSON *v.* STATE of Arkansas

CR 99-795                                              14 S.W.3d 524

Supreme Court of Arkansas
Opinion delivered April 20, 2000

*Norman G. Cox*, Sevier County Pub. Defender, for appellant.

*Mark Pryor*, Att'y Gen., by: *Milton O. Fine, II*, Ass't Att'y Gen., for appellee.

PER CURIAM. Appellant Albert Allen Dirickson, by and through his attorney, has filed a motion for belated appeal. His attorney, Norman G. Cox, admits by motion that the appeal was not timely filed due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.